# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:**<br><br>**JESUS PACHECO,**<br>**SALVADOR JIMENEZ** | 1:19-mc-00034-SAB; 1:19-mc-00035-SAB<br><br>ORDER DIRECTING COMPLAINTS BE ELECTRONICALLY FILED AND TO SERVE A COPY OF AT THE PLAINTIFFS' NEW ADDRESS |

On May 13, 2019, the Court received notices from the above-named Plaintiffs requesting relief from the electronic case filing system at Avenal State Prison.

On May 16, 2019, the Court directed Supervising Deputy Attorney General, Christopher Becker, to file a response to Plaintiffs' requests or to electronically file the complaints.

On May 22, 2019, Deputy Attorney General, Joanna Hood, submitted the declaration of Litigation Coordinator, N. Brown, who declares that Plaintiff Jesus Pacheco and Plaintiff Salvador Jimenez have both been transferred to the Modified Community Correctional Facility (MCCF) in Shafter, California. (Declaration of N. Brown ¶ 3.) MCCF is contracted with CDCR to house state inmates, but it is not considered a CDCR facility, and inmates do not have access to an electronic case filing system.

Although Pacheco and Jimenez have been transferred to MCCF, they were both housed at Avenal State Prison at the time they filed their requests to be exempt from the electronic case filing system, and the complaints should, therefore, be electronically filed on their behalf.

Accordingly, it is HEREBY ORDERED that:

1. Within **seven (7)** days from the date of service of this order, the complaints in both 1:19-mc-00034-SAB; 1:19-mc-00035-SAB, shall be electronically filed;
2. A copy of e-filing service documents shall be served on each Plaintiff at their new address; and
3. A notice of proof of filing shall be served on the Court along with the applicable case numbers.

IT IS SO ORDERED.

Dated: **May 28, 2019**

UNITED STATES MAGISTRATE JUDGE